folk County entered July 23, 1999, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

746 A.2d 564

**In the Matter of Sixto L. MACIAS.**

**No. 549 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 20, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 20th day of January, 2000, Sixto L. Macias having been suspended from the practice of law in the State of New Jersey for a period of three months by Order of the Supreme Court of New Jersey dated July 15, 1999; the said Sixto L. Macias having been directed on November 1, 1999, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Sixto L. Macias is suspended from the practice of law in this Commonwealth for a period of three months, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.